IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 86-0207 (TFH) |
| ) | |
| JONATHAN J. POLLARD, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO
REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S
EMERGENCY MOTION TO ACCESS SEALED DOCKET MATERIALS
PURSUANT TO PROTECTIVE ORDER BY ADDING TO LIST OF
<u>DEFENSE COUNSEL AUTHORIZED TO ACCESS SUCH MATERIALS</u>**

Defendant Jonathan J. Pollard, through his undersigned counsel, respectfully moves this Court to extend his time to reply to the Government's Opposition To Defendant's Emergency Motion To Access Sealed Docket Materials Pursuant To Protective Order By Adding To List Of Defense Counsel Authorized To Access Such Materials.

On December 20, 2013, Defendant, through its undersigned counsel, submitted Defendant's Emergency Motion To Access Sealed Docket Materials Pursuant To Protective Order By Adding To List Of Defense Counsel Authorized To Access Such Materials. ("Motion").

On December 24, 2013, Plaintiff, through Assistant United States Attorney Jay I. Bratt, filed the Government's Opposition to Motion.

In light of the recent holidays and snow storm, Defendant's counsel requests an extension of time to reply until January 10, 2014.

Defendant's counsel represents they have spoken to Assistant United States Attorney Jay I. Bratt, and he does not oppose the extension of time to reply until January 10, 2014.

Dated: January 3, 2014

        Respectfully submitted,

        CURTIS, MALLET-PREVOST,
            COLT & MOSLE LLP

        */s/ Eliot Lauer*
        Eliot Lauer (D.C. Bar No. 203786)

        1717 Pennsylvania Avenue, N.W.
        Washington, D.C.  20006
        (202) 452-7373
            -and-
        101 Park Avenue
        New York, New York  10178-0061
        (212) 696-6000

        Attorney for Jonathan J. Pollard